IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02150-WDM-MJW

**ANDREW C. BROWN**

Plaintiff,

v.

**EDWARD E. BURR,**

Defendant.

---

## ORDER RESCHEDULING
## SCHEDULING/PLANNING CONFERENCE
(Docket No. 12)

---

THE COURT, having reviewed and considered the Stipulated Motion for Rescheduling of Scheduling/Planning Conference, and being otherwise fully advised in the premises;

HEREBY GRANTS said Motion thereby vacating the Scheduling/Planning Conference currently set for December 19, 2007 and rescheduled such Conference to January 16, 2008 at 9:30 a.m.. The parties shall file their proposed Rule 16 Scheduling Order with the Court by January 11, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

November 29, 2007

00486105 / 1