UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02150-WDM-MJW

ANDREW C. BROWN,

    Plaintiff,

v.

EDWARD E. BURR,

    Defendant.

---

## ~~PROPOSED~~ ORDER AMENDING SCHEDULING ORDER AND GRANTING DEFENDANT UNTIL APRIL 7, 2008 IN WHICH TO ANSWER
( Docket No. 26 )

---

THE COURT, having reviewed Defendant Edward E. Burr's ("Mr. Burr") Unopposed Motion to Modify the Scheduling Order and Extend Defendant's Deadline to Submit His Answer, and after reviewing the docket in this matter, hereby ORDERS that Section 8(a) of the Scheduling Order is modified to allow Defendant to submit his Answer and any counterclaims by April 7, 2008.

Dated this 1st day of ~~March~~ April, 2008.

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge
Michael J. Watanabe