UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02150-WDM-MJW

ANDREW C. BROWN,
Plaintiff,

v.

EDWARD E. BURR,
Defendant.

## ~~PROPOSED~~ ORDER AMENDING SCHEDULING ORDER (Docket No. 38-2)

THE COURT, having reviewed the parties' Joint Motion to Modify the Scheduling Order, and after reviewing the docket in this matter, hereby ORDERS; That the Joint Motion To Modify The Scheduling Order (Docket No 38) is Granted

1) that Section 8(e) of the Scheduling Order is modified to allow the parties to conduct depositions October 14-16, 2008 upon the following schedule:

| *Name of Deponent* | *Date of Deposition* | *Time of Deposition* | *Expected Length of Deposition* |
|---|---|---|---|
| Defendant Burr | 10/14/2008 | 9:00am | 1 day or less |
| Mrs. Billie Burr | 10/14/2008 | 3:00pm | 1/2 day or less |
| Plaintiff Brown | 10/15/2008 | 9:00am | 1 day or less |
| Grant Fenton | 10/15/2008 | 3:00pm | 1/2 day or less |
| Tony Walton | 10/16/2008 | 9:00am | 1/2 day or less |
| David Hartley | 10/16/2008 | 1:00pm | 1/2 day or less |

2) that Section 8(c) of the Scheduling Order is modified so that dispositive motions are due by October 31, 2008.

Dated this 2nd day of ~~August~~ September, 2008.

BY THE COURT

/s/ Michael J. Watanabe
United States Magistrate Judge
Michael J. Watanabe

{00191792.DOC / 1}