IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-02150-WDM-MJW

ANDREW C. BROWN,

    Plaintiff,

v.

EDWARD E. BURR,

    Defendant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, the complaint and counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on May 11, 2009.

                                                  BY THE COURT:

                                                s/ Walker D. Miller
                                                United States Senior District Judge

PDF FINAL